IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARILYN GILMER**,

**Plaintiff,**

v.                                                          No. 13-0081-DRH

**GARDEN RIDGE, L.P.,**

**Defendant.**

### ORDER

**HERNDON, Chief Judge:**

On January 243, 2014, the parties filed a joint stipulation of dismissal with prejudice (Doc. 19). Thus, the Court **ACKNOWLEGES** the stipulation and **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 27th day of January, 2014.

Digitally signed by
David R. Herndon
Date: 2014.01.27
05:59:25 -06'00'

**Chief Judge**
**United States District Court**