UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

MARILYN GILMER,

    Plaintiff,

v.

GARDEN RIDGE, L.P.,

    Defendant.                            No. 13-cv-81-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation for Dismissal executed by plaintiff and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 20), this case is **DISMISSED** with prejudice.

                                              NANCY J. ROSENSTENGEL,
                                              CLERK OF COURT

                                              BY:     /s/*Sara Jennings*
                                                          Deputy Clerk

Dated:   January 27, 2014

Digitally signed by
David R. Herndon
Date: 2014.01.27
09:26:44 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT